UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:87-CR-13-F-16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| LOUIS SOLARES | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the indictment and arrest warrant filed on April 29, 1987, charging the above defendant with violating the provisions of 21 U.S.C. §§ 952(a) and 841(a)(1). Due to the age of this case and the unsuccessful attempts by the Federal Bureau of Investigation and the U.S. Marshal's Service to locate the defendant, we respectfully submit that the pending indictment and warrant should be dismissed.

This, the 17th day of November, 2014.

THOMAS G. WALKER
United States Attorney

By: /s/ John Stuart Bruce
JOHN STUART BRUCE
First Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Ph: 919-856-4530; Fax: 919-856-4487
Email: john.bruce@usdoj.gov
NC Bar No. 8200

Leave of Court is granted for the filing of the foregoing dismissal.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE

Date: 11/18/14